IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RUBY SANDS LLC, | § | |
| | § | |
| Plaintiff, | § | 2:15-cv-1955 |
| | § | |
| v. | § | [Consolidated Lead Case] |
| | § | |
| CATHAY BANK, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

The Court, having considered the parties' Joint Motion to Extend Deadline, finds that the Motion is meritorious and should be **GRANTED-IN-PART** (Dkt. No. 60).

It is therefore ORDERED that the deadline for Plaintiff to file an opposition brief to Defendant Cathay Bank's Motion to Dismiss [Dkt. No. 59] shall be extended to **1:00 p.m. CDT on July 19, 2016**.

**So ORDERED and SIGNED this 6th day of July, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE